No. 1511, Misc. HUGHES *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1527, Misc. DILWORTH *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 1550, Misc. BRYANT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Gerald E. Williams* for petitioner. *Solicitor General Griswold* for the United States.

No. 1559, Misc. COAST *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Leslie A. Bradshaw* for petitioner.

No. 1603, Misc. SMITH *v.* ILLINOIS. App. Ct. Ill., 2d Jud. Dist. Certiorari denied.

No. 1604, Misc. GRIMM *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1613, Misc. BOHANNON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Jack H. Weiner* for petitioner. *Solicitor General Griswold* for the United States.

No. 1636, Misc. BROWNE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. *Stanford Shmukler* for petitioner.